# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **MARK ANTHONY HAMILTON** | § | |
| **(Bell County #127904)** | § | |
| | § | |
| **V.** | § | **W-24-CA-513-ADA** |
| | § | |
| **EDDY LANGE** | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date, the court dismissed Movant Mark Anthony Hamilton's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in the cause have been resolved, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Movant Mark Anthony Hamilton's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on November 13, 2024

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE